UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEAF FUNDING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08-CV-445 CAS |
| ) | |
| JAY QUINCY, INC. and ) | |
| SCOTT Q. THRONEBERRY, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter is before the Court on plaintiff LEAF Funding, Inc.'s ("LEAF") Motion for Default Judgment against Defendants Jay Quincy, Inc. ("JQI") and Scott Q. Throneberry ("Throneberry"), with respect to LEAF's Claims for Relief set forth in its Complaint. The Defendants have failed to timely plead or otherwise defend this action. The Clerk of the Court made an Entry of Default under Rule 55(a), Federal Rules of Civil Procedure, against defendants JQI and Throneberry on May 8, 2008 (Doc. 8).

The Court finds the Motion to be well taken and it will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Leaf Funding Inc.'s Motion for Default Judgment against Defendants, Jay Quincy, Inc. and Scott Q. Throneberry is **GRANTED**. [Doc. 9]

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff, LEAF Funding, Inc., and against Defendants Jay Quincy, Inc. and Scott Q. Throneberry as follows:

    1. On the First and Second Claims for Relief, against JQI and Throneberry jointly and severally, LEAF is awarded the sum of Sixty-Seven Thousand Nine Hundred Sixty Dollars and Twelve Cents ($67,960.12), representing the Sixty-One Thousand

Three Hundred Ninety-Nine Dollars and Sixty Cents ($61,399.60) due under the Lease Agreement, plus Three Thousand One Hundred Three Dollars and Sixty-Two Cents($3,103.62) in prejudgment interest thereon, plus Three Thousand Four Hundred Fifty-Six Dollars and Ninety Cents ($3,456.90) in attorney fees and costs; with post-judgment interest as allowed by law.

2. On the Third Claim for Relief, LEAF is awarded immediate possession of the Equipment and JQI is **ORDERED** to immediately return the Equipment to LEAF. If JQI does not do so, then the United States Marshal shall deliver possession of the Equipment to LEAF. The Equipment consists of: (a) one IKON CPP500 (Includes Print Kit, ARDF, Booklet/Trifold); (b) one IKON Doc Send; and (c) one Canon LC710 Fax.

3. On the Fourth Claim for Relief, against JQI and Throneberry jointly and severally, LEAF is awarded compensatory damages in the amount of Forty-Seven Thousand Dollars ($47,000.00), representing the fair-market value of the Equipment; provided, however, that if JQI and Throneberry deliver possession of the Equipment in connection with the Third Claim for Relief, in good condition and repair as provided in the Lease Agreement, then this Judgment with respect to the Fourth Claim shall be deemed satisfied.

**SO ORDERED**:

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  21st  day of May, 2008.